LORDI, DIRECTOR OF DIVISION OF ALCOHOLIC BEVERAGE CONTROL, DEPARTMENT OF LAW AND PUBLIC SAFETY OF NEW JERSEY *v.* EPSTEIN ET AL., TRADING AS STRATFORD INTERNATIONAL TOBACCO CO.

No. 322. Decided October 16, 1967.

*Arthur J. Sills,* Attorney General of New Jersey, and *Joseph A. Hoffman,* Assistant Attorney General, for appellant.

*Charles H. Tuttle* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed. Cf. *Hostetter* v. *Idlewild Bon Voyage Liquor Corp.,* 377 U. S. 324.

MR. JUSTICE BLACK and MR. JUSTICE HARLAN would note probable jurisdiction and set the case for oral argument.